# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-83
Lower Tribunal No. 20-19028SP
_____

**Tower Imaging, LLC, a/a/o Cindy Boyer,**
Appellant,

vs.

**Direct General Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Miesha S. Darrough, Judge.

Daly & Barber, P.A., and John C. Daly, Matthew C. Barber and Christina M. Kalin (Plantation), for appellant.

McFarlane Dolan & Prince, and William J. McFarlane, III and Michael K. Mittelmark (Coral Springs), for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Appellant, plaintiff below, Tower Imaging, LLC a/a/o Cindy Boyer, appeals a December 15, 2021 trial court order that granted appellee, defendant below, Direct General Insurance Company's June 1, 2021 amended motion to dismiss Tower Imaging's complaint. After Tower Imaging filed its initial brief with this Court, Direct General filed a notice conceding that the trial court erred by granting Direct General's dismissal motion. Normally, in a confession of error case, upon receipt of an appellee's confession of error, we review the record and, assuming we agree with appellee that the trial court erred, we issue a short reversal opinion. See, e.g., Feldman v. Citizens Prop. Ins. Corp., 97 So. 3d 975 (Fla. 3d DCA 2012). Upon our review of the record in this case, however, we are compelled to dismiss the appeal for lack of jurisdiction. The challenged order merely grants Direct General's motion to dismiss; the order on appeal does not dismiss Tower Imaging's lawsuit. The challenged order, therefore, is a non-final, non-appealable order. Notwithstanding Direct General's confession of error, we are without jurisdiction to adjudicate the appeal. See Bank of America, N.A. v. Cartus, 920 So. 2d 774 (Fla. 3d DCA 2006).

Appeal dismissed.